## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| KELEE K. WILCOX, | : | |
| Plaintiff, | : | Case No. 3:14cv00179 |
| | : | |
| vs. | : | District Judge Walter Herbert Rice |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| DAYTON POLICE DEPARTMENT, *et al.*, | : | |
| Defendants. | : | |

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.   The Report and Recommendations docketed on July 17, 2014 (Doc. #3) is ADOPTED in full;

2.   Plaintiff Kelee Wilcox's Complaint is DISMISSED without prejudice;

3.   An appeal of this Decision and Entry would not be taken in good faith, and

consequently, Plaintiff is denied leave to proceed in forma pauperis on appeal; and

4.    The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge

2